# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 21, 2014

### NO. 03-13-00515-CV

**Tommy Mobley, Appellant**

**v.**

**Roberta Lee Mobley, Appellee**

**APPEAL FROM 425TH JUDICIAL DISTRICT COURT OF WILLIAMSON COUNTY**
**BEFORE JUSTICES PURYEAR, GOODWIN AND FIELD**
**DISMISSED ON JOINT MOTION -- OPINION BY JUSTICE FIELD**

This is an appeal from the decree signed by the trial court on June 11, 2013. The parties have filed a joint motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Each party shall pay the costs of appeal incurred by that party, both in this Court and the court below.